```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IRENE NAJMOLA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WOMEN'S HEALTHCARE GROUP | : | |
| OF PA, ET AL. | : | NO. 13-6519 |

## ORDER

AND NOW, this 3rd day of March, 2014, upon consideration of the defendant's Motion to Dismiss (Doc. No. 3), and whereas the plaintiff filed an amended complaint on February 18, 2014 pursuant to Fed. R. Civ. P. 15(a), IT IS HEREBY ORDERED that the motion is DENIED AS MOOT without prejudice.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```